IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| DE'ARIS R. TRICE, | |
| Petitioner, | **8:19CV562** |
| vs. | |
| SCOTT FRAKES, Director of Nebraska Department of Correctional Services; | **MEMORANDUM AND ORDER** |
| Respondent. | |

This matter is before the court on Petitioner's correspondence which the court liberally construes as a motion to appoint counsel. (Filing No. 7.) "[T]here is neither a constitutional nor statutory right to counsel in habeas proceedings; instead, [appointment] is committed to the discretion of the trial court." *McCall v. Benson,* 114 F.3d 754, 756 (8th Cir. 1997). As a general rule, counsel will not be appointed unless the case is unusually complex or the petitioner's ability to investigate and articulate the claims is unusually impaired or an evidentiary hearing is required. *See, e.g.*, *Morris v. Dormire*, 217 F.3d 556, 558-59 (8th Cir. 2000), *cert. denied*, 531 U.S. 984 (2000); *Hoggard v. Purkett*, 29 F.3d 469, 471 (8th Cir. 1994). *See also* Rule 8(c) of the *Rules Governing Section 2254 Cases in the United States District Courts* (requiring appointment of counsel if an evidentiary hearing is warranted). The court has carefully reviewed the record and finds there is no need for the appointment of counsel at this time.

IT IS THEREFORE ORDERED that: Petitioner's correspondence, construed as a motion to appoint counsel (filing no. 7), is denied without prejudice to reassertion.

Dated this 5th day of June, 2020.

                                      BY THE COURT:

                                      *Richard G. Kopf*

                                      Richard G. Kopf
                                      Senior United States District Judge